NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-14-0000580**
**23-APR-2014**
**09:11 AM**

NO. CAAP-14-0000580

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JOHN E. HERZOG, Petitioner-Claimant/Appellant, v.
EARTH TECH/AECOM, INC., et al., Respondents-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 14-4-0007-01)

ORDER GRANTING THE MARCH 19, 2014 STIPULATION FOR DISMISSAL
(By: Nakamura, Chief Judge, Foley and Leonard, JJ.)

Upon consideration of the "Stipulation for Dismissal with Prejudice of Notice of Appeal filed March 19, 2014" (Stipulation) filed on March 31, 2014 by Respondents-Appellees Earth Tech/AECOM Inc., Tyco International, Group Health Plan of Tyco International, Inc., Scott Lewis, Courtney Springsted, Jeannette Pratt, and Tracy Roth (collectively, **Appellees**), and the records and files herein, it appears that Appellees and Petitioner-Claimant/Appellant John E. Herzog seek dismissal of the instant appeal, that the appeal has not yet been docketed, and that Rule 42(a) of the Hawaiʻi Rules of Appellate Procedure (HRAP) applies to dismissal of an appeal prior to docketing.

Therefore, IT IS HEREBY ORDERED that the Motion is granted pursuant to HRAP Rule 42(a), and the appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, April 23, 2014.


Chief Judge


Associate Judge


Associate Judge